# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2290

_____

| | |
|---|---|
| Mitchell D. Fields, | * |
| | * |
| Appellant, | * |
| | * |
| | *   Appeal from the United States |
| v. | *   District Court for the Eastern |
| | *   District of Missouri. |
| United Parcel Service, | * |
| | *        [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted:  February 24, 2004
Filed:  March 18, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Mitchell Fields (Fields) appeals the district court's[1] adverse grant of summary judgment in Fields's Title VII race discrimination action.  On appeal, Fields submits additional evidence in opposition to summary judgment.  This evidence is untimely and the submission is denied.  See Griffin v. Super Valu, 218 F.3d 869, 871 (8th Cir. 2000) (noting evidence not before the district court will not be considered on appeal).  Upon de novo review, we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.